# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1317

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth Williams, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 8, 2023
Filed: May 11, 2023
[Unpublished]

_____

Before LOKEN, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kenneth Williams appeals after the district court[1] revoked his supervised release and sentenced him to 11 months in prison followed by an additional 24-month

---

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

term of supervised release.  His counsel has moved to withdraw, and has filed a brief arguing that the revocation sentence is substantively unreasonable.

Upon careful review, we conclude that the sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors.  See United States v. Tumea, 810 F.3d 563, 566 (8th Cir. 2016); United States v. Charles, 531 F.3d 637, 640-41 (8th Cir. 2008).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____